Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>EDWARD CUNNIUS,<br><br>                    Defendant. | NO.   CR11-0084MJP<br><br>STIPULATION TO STRIKE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH OF COMPUTERS |

The parties hereby stipulate to strike defendant's motion to suppress evidence derived from the search of defendant's computers. The government agrees that it will not seek to introduce evidence obtained from the search of defendant's computers obtained from defendant on March 8, 2011

DATED this 9th day of June, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Norman M. Barbosa*
NORMAN M. BARBOSA
Assistant United States Attorney
WSBA No. 28188
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-4937
Fax: (206) 553-2502
E-mail: Norman.Barbosa@usdoj.gov

Stipulation to Strike Defendant's Motion to Suppress
Evidence Derived from Search of Computers
Edward Cunnius, CR11-0084MJP/ — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |
|---|---|
| 1 |  |
| 2 | */s/ THOMAS W. HILLIER, II*<br>THOMAS W. HILLIER, II, WSBA No. 5193 |
| 3 | Attorney for Edward Cunnius<br>Federal Public Defender |
| 4 | 1601 Fifth Avenue, Suite 700<br>Seattle, Washington 98101 |
| 5 | Telephone: 206/553-1100<br>Fax: 206/553-0120 |
| 6 | E-mail: Tom_Hillier@fd.org |

Stipulation to Strike Defendant's Motion to Suppress
Evidence Derived from Search of Computers
Edward Cunnius, CR11-0084MJP/ — 2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on June 9, 2011, I electronically filed the foregoing with the |
| 3 | Clerk of Court using the CM/ECF system which will send notification of such filing to the |
| 4 | attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) |
| 5 | of record for the defendant(s) that are non CM/ECF participants via U.S. Mail. |

*s/Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-2274
Facsimile:   (206) 553-2502
E-mail:  Anna.Chang@usdoj.gov

CERTIFICATE OF SERVICE